DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LS EVENTS LLC** d/b/a **VIA AMERICAS LLC,** and
**THE HEARTBEAT FOUNDATION,**
Appellants,

v.

**MINORITY HELP, INC.** and **ALVANIA VIVIANE SAIDE,**
Appellees.

No. 4D2023-0959

[February 1, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE18-006788.

Lane Weinbaum of Weinbaum P.A., Coconut Creek, for appellants.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, and Gordon Koegler of Law Offices of Gordon Koegler, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***